Enter/JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN WALTER PERKINS, III,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF THE SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　　Defendant. | Case No. CV 07-3474 AN<br><br>JUDGMENT |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is affirmed and that this action is dismissed with prejudice.

DATED:　　August 7, 2008　　　/s/　ARTHUR NAKAZATO
　　　　　　　　　　　　　　　　ARTHUR NAKAZATO
　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE